UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-cv-81183-AHS

**NELSON FERNANDEZ**,

       Plaintiff,

vs.

**CHARLESTON SHOE COMPANY-FL, LLC,**
**d/b/a CHARLESTON SHOE COMPANY,**
**a Florida limited liability company,**

       Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure, hereby voluntarily dismisses Defendant CHARLESTON SHOE COMPANY-FL,

LLC as to all of his claims in this action *with prejudice,* with each party to bear his/its own costs

and attorney's fees.

       Dated:  August 31, 2021.

       Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL  33351-7919 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|    RODERICK V. HANNAH |    PELAYO M. DURAN |
|    Fla. Bar No. 435384 |    Fla. Bar No. 014659 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31ST day of August, 2021, a true and correct of the

foregoing was electronically filed and served via transmission of Notice of Electronic Filing

generated by CM/ECF on all counsel or parties of record on the Service List below:

David Paul Horan, Esq.
HORAN LAW, LLLP
608 Whitehead Street
Key West, Florida 33040
Telephone (305) 294-4585
Facsimile (305) 294-7822
Email:  David@horan.law

*Attorneys for Defendant*
*CHARLESTON SHOE COMPANY-FL, LLC*

                                                   /s/  *Roderick V. Hannah*
                                                   Roderick V. Hannah